Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY SHOES STORE, an unknown business entity; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 13-CV-00530 BRO (VBKx)<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

WHEREAS Plaintiff Deckers Outdoor Corporation ("Deckers") and Defendant Family Shoe Store have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter. Defendant, having agreed to consent to the below terms, it is hereby **ORDERED, ADJUDGED, and DECREED** as among the parties hereto that:

1.    This Court has jurisdiction over the parties to this Final Consent Decree and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2.    Deckers is the owner of several design patents for its UGG® brand of footwear, including but are not limited to, U.S. Patent Nos. D599,999 for the "Single Bailey Button Boot" (registered on September 15, 1999), and D616,189 (registered on

May 25, 2010) for the "Triple Bailey Button Boot" (hereinafter, collectively, "UGG Boot Designs").

3.     Plaintiff has alleged that Defendant, with one product or more, has violated Plaintiff's rights in and to one or more of its UGG Boot Designs, and that said alleged infringing activities constitute patent infringement and unfair competition.

4.     Defendant and its agents, servants, employees and all persons in active concert and participation with it who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from infringing upon Plaintiff's design patents either directly or contributorily in any manner, including:

(a)     Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products that infringe upon the UGG Boot Designs, including the Disputed Products;

(b)     Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner the Disputed Products except as otherwise permitted by the parties Settlement Agreement;

(c)     Committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiff

(d)     Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 5(a) to 5(c) above.

5.     Plaintiff and Defendant shall bear their own costs and attorneys' fees associated with this action.

6.     The execution of this Consent Judgment shall serve to bind and obligate the parties hereto.  However, dismissal with prejudice of this action shall not have preclusive effect on those who are not a party to this action, including but not limited

1  to the suppliers and/or source of the Disputed Products, all claims against whom
2  Plaintiff expressly reserves.

3          7.      The jurisdiction of this Court is retained for the purpose of making any
4  further orders necessary or proper for the construction or modification of this Final
5  Judgment, the enforcement thereof and the punishment of any violations thereof.
6  Except as otherwise provided herein, this action is fully resolved with prejudice.
7  **IT IS SO ORDERED.**

8

9

DATED:  July 5, 2013
10                                                      _____
11                                                      Hon. Beverly Reid O'Connell
                                                        **United States District Judge**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28